John–Pierre BANEY, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 2009–3097.

United States Court of Appeals,
Federal Circuit.

Feb. 17, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's February 11, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before March 10, 2009.

NORGREN INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

SMC Corporation and SMC
Corporation of America,
Intervenors.

No. 2008–1415.

United States Court of Appeals,
Federal Circuit.

Feb. 18, 2009.

Rehearing En Banc Denied
Aug. 21, 2009.

*ORDER*

Norgren Inc. moves for an extension of time, until January 30, 2009,* to file the joint appendix and for reconsideration of the court's order dismissing its appeal for failure to file an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

* The court did not receive the paper copy of the motion until February 3, 2009.